COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| AZIZ SHAKARZAHI AND ILIA | | No. 08-15-00102-CV |
| SHAKARZAHI, | § | |
| | | Appeal from the |
| APPELLANTS, | § | |
| | | 243rd District Court |
| V. | § | |
| | | of El Paso County, Texas |
| RAYMOND MALOOLY, ALAN | § | |
| MALOOLY, MALOOLY | | (TC#2014-DCV1956 ) |
| CORPORATION, PEBBLE HILLS | § | |
| PLAZA, LTD., ASLM, LTD., ASLM II, | | |
| LTD., JANUARY 2K, LTD., AND | § | |
| FEDERAL ACCEPTANCE | | |
| CORPORATION. | § | |
| | | |
| APPELLEES. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that the Appellants' brief has not been filed, we dismiss the appeal for want of prosecution.

On October 12, 2015, the Clerk notified Appellants that their brief was past due and no motion for extension of time had been filed. The letter advised Appellants that the Court intended to dismiss the appeal for want of prosecution unless Appellants responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Neither the brief nor a motion for extension of time in which to file the brief has been filed. Accordingly,

we dismiss the appeal for want of prosecution.


October 30, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.